# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**JAMEL GREENE**                                                                               **PLAINTIFF**
Reg #17632-035

v.                                      CASE NO. 2:23-CV-00033-BSM

**DOE**                                                                                              **DEFENDANT**

## ORDER

Having reviewed the record *de novo*, United States Magistrate Judge Jerome T. Kearney's recommended disposition [Doc. No. 3] is adopted and Jamel Greene's petition for habeas relief [Doc. No. 1] is dismissed without prejudice as improperly successive. A certificate of appealability will not be issued because Greene has not made a substantial showing of a denial of a constitutional right. 28 U.S.C. § 2253(c)(1)–(2). Finally, an appeal *in forma pauperis* would not be taken in good faith. Fed. R. App. P. 24(a)(3)(A).

IT IS SO ORDERED this 20th day of April, 2023.

_____
UNITED STATES DISTRICT JUDGE