IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JAMEL GREENE**                                                                                    **PLAINTIFF**
Reg #17632-035

v.                                          CASE NO. 2:23-CV-00033-BSM

**DOE**                                                                                                    **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 20th day of April, 2023.


_____
UNITED STATES DISTRICT JUDGE